

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00407-CR

**FREDDIE WALLACE,**

                                         **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                         **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 05-03424-CRF-272

## MEMORANDUM OPINION

Freddie Wallace attempts to appeal the trial court's denial of his motion for appointment of counsel pursuant to article 64.01(c) of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 64.01(c) (West 2006). The decision to deny appointed counsel is not an "appealable order" under Rule 25.2(a)(2) of the Texas Rules of Appellate Procedure. *Gutierrez v. State*, 307 S.W.3d 318, 323 (Tex. Crim. App. 2010). Thus, we have no jurisdiction to consider Wallace's claim that the trial court erred in denying his request for appointed counsel. *Id.*; *see* TEX. R. APP. P. 25.2(a)(2).

Accordingly, this appeal is dismissed.[1]


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 7, 2016
Do not publish
[CR25]



---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by the Court of Criminal Appeals, a petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. TEX. R. APP. P. 68.2(a).